# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN WILLIAMS, Individually and on Behalf of All Others Similarly Situated | | PLAINTIFF |
| v. | No. 4:19-cv-606-DPM | |
| JEI TRUCKING, LLC; STEVEN NASON; and STARR OILFIELD SERVICES, LLC | | DEFENDANTS |

## ORDER

Williams and Starr Oilfield jointly move to transfer this case to the United States District Court for the Northern District of Oklahoma. Co-defendants JEI Trucking and Steven Nason have not yet appeared. They're Arkansawyers. In balancing what is most convenient for those touched by the case, and the interests of justice, the Court needs to hear from all parties. 28 U.S.C. § 1404(a). № 7 will hang fire. № 5 is denied without prejudice as moot. JEI Trucking and Nason must respond to the joint motion when they answer. Williams must serve the motion on them when he serves them with the summons and complaint, or now, if process has already been served.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2019